No. 94–6532. PEDROZA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6553. BEJJANI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied.

No. 94–6559. HAWKINS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–6560. OATS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 94–6571. GAUDIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6578. GEITZ *v.* THIERET ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–6586. GALLOWAY *v.* THURMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–6593. TATE *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–6594. WALTON *v.* LINDLER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6595. BLEVINS *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. Sup. Ct. Ariz. Certiorari denied.

No. 94–6599. FISHER *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 94–6605. GARDNER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–6613. WOODS *v.* ROBERTSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6618. WAKEFIELD *v.* EGLES ET AL. C. A. 3d Cir. Certiorari denied.